UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PHILIP C. BELLFY, et al.,<br>    Plaintiffs,<br><br>-v-<br><br>KEITH CREAGH,<br>    Defendant. | No. 1:15-cv-282<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having dismissed Plaintiffs' case without prejudice for lack of standing, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Defendant and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 28, 2015                  /s/ Paul L. Maloney
                                                                                      Paul L. Maloney
                                                                                      United States District Judge